

U.S. Department of Justice

*United States Attorney*
*Eastern District of New York*

MEF
F. #2019R01416

*610 Federal Plaza*
*Central Islip, New York 11722*

January 21, 2023

By E-mail

**FILED**
**CLERK**

3:15 pm, Jan 23, 2023

**U.S. DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**
**LONG ISLAND OFFICE**

The Honorable Joan M. Azrack
United States Magistrate Judge
Eastern District of New York
100 Federal Plaza
Central Islip, NY 11722

   Re: United States v. Alexander Almaraz
      Criminal Docket No. 23-17 (JMA)

Dear Judge Azrack:

   The government respectfully moves for an order unsealing this matter in its entirety, including the indictment and arrest warrant.

            Respectfully submitted,

            BREON PEACE
            United States Attorney

      By:    /s/
            Megan E. Farrell
            Assistant U.S. Attorney
            (631) 715-7862

Enclosure

cc:  Clerk of Court (by ECF)