**Federal Defenders**
OF NEW YORK, INC.

One Pierrepont Plaza-16th Floor, Brooklyn, NY 11201
Tel: (718) 330-1200 Fax: (718) 855-0760

David E. Patton
*Executive Director and Attorney-in-Chief*

Deirdre D. von Dornum
*Attorney-in-Charge*

March 8, 2023

Honorable Joan M. Azrack
United States District Judge
Eastern District of New York
United States Courthouse
Central Islip, New York 11722

Re:  **United States v. Almaraz, 23 CR 17**

Dear Judge Azrack:

I represent Mr. Alexander Almaraz in the above referenced matter. He was released on bond on January 26, 2023. I write to the Court to request a modification of Mr. Almaraz's bond. I ask that he be permitted to drive to Montana today March 8, 2023 for employment. He will remain in Montana until March 21st, 2023. On his return home Mr. Alexander Almaraz asks to be permitted to stop in Newport California to retrieve his property.

I have spoken to the government and pre-trial services, and they do not have an objection to this request.

Respectfully submitted,

Evan Sugar
Assistant Federal Defender
(631) 712-6500